UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

___Shaun Garvey___ Plaintiff(s)

vs.

___Shoppingtown Mall___
___Moonbeam Capital Investments___ Defendant(s)

FILED
SEP 19 2016
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Civil Case No.: 5:16-CV-1136
(MAD/DEP)

CIVIL COMPLAINT
PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT,
AS AMENDED

Plaintiff(s) demand(s) a trial by: [X] JURY   [ ] COURT   (Select **only** one).

## JURISDICTION

1. Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2. Plaintiff: __Shaun Garvey__
   Address: __4766 Stonehurst Rd__
   __Liverpool NY 13090__

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: __Shoppingtown Mall__
      Official Position: __Mall Manager(s)__
      Address: __3649 Erie Blvd East__
      __Dewitt, NY 13214__

    b.    Defendant: __Moonbeam Capital___

          Official Position: __Steve Maksih (CEO)__

          Address: __245 Park Ave 39th Floor__
__New York NY 10167__

4. This action is brought pursuant to:

   [X] Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e et seq., and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

   [ ] Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5. Venue is invoked pursuant to 28 U.S.C. s 1391.

6. Defendant's conduct is discriminatory with respect to the following (check all that apply):

   (A) [ ] My race or color.
   (B) [ ] My religion.
   (C) [X] My sex (or sexual harassment).
   (D) [ ] My national origin.
   (E) [ ] My pregnancy.
   (F) [ ] Other: __workplace harrassment__

7. The conduct complained of in this action involves:

   (A) [ ] Failure to employ.
   (B) [X] Termination of employment.
   (C) [ ] Failure to promote.
   (D) [ ] Unequal terms and conditions of employment.
   (E) [ ] Reduction in wages.
   (F) [X] Retaliation.
   (G) [ ] Other acts as specified below:
   __removal from property costing current and future employment.__

8. **FACTS**

Set forth the facts of your case which substantiate your claims. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

During 2015, I was a project manager for an outside company in Shoppingtown mall, Dewitt NY. I was consistantly harrassed, insulted, threatened, and shally evicted and terminated from my contract outside employment. The Shoppingtown mall maliciously harrassed me to cause me to not only be evicted, but be terminated from my job due to the mall holding their contract.

9. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

Shoppingtown Mall has created intentional Malicious intent that caused eviction, and wrongful termination. I was harrassed, verbally, mentally, and eventually terminated due to title VII sexual harrassment at the workplace, which states whether the employer causes on purpose or not I was still let go

due to careless practices on behalf of Shoppingtown Mall.

## SECOND CAUSE OF ACTION

I feel I was discriminated against whether intentional or not being a gay male, since the mall started having "that sissy" here is not going to happen any longer. creating this unwanted harrases caused me to lose my job because they threaten my contract employer to make me leave or they would end contract

## THIRD CAUSE OF ACTION

Shoppingtown Mall and Moonbeam cause unlawful discrimination and workplace harrassment for me which caused direct termination of my employment in shoppingtown mall.

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

_____
(Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

_____
(Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15.  **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I want the court to grant relief in the amount of $20,000. This is and wald be the most just for me to recover all lost wages, along with emotional and mental disconnect from losing work that I loved.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9/19/16

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010